

# NUMBER 13-08-00524-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE JAMES M. MAPLES AND KATHY MAPLES

## On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

## Before Chief Justice Valdez and Justices Rodriguez and Benavides
Per Curiam Memorandum Opinion[1]

Relators, James M. Maples and Kathy Maples, filed a petition for writ of mandamus and motion for immediate temporary relief in the above cause on September 3, 2008. On September 4, 2008, this Court granted the motion for immediate temporary relief and ordered stayed the trial court's order of August 29, 2008 setting a show cause hearing. The Court also requested that real parties in interest, Johnny Partain and Teresa C. Partain, file a response to relator's petition for writ of mandamus on or before September 19, 2008. Such response has been duly filed herein.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

The Court, having examined and fully considered the petition for writ of mandamus and the response thereto, is of the opinion that relators have not shown themselves entitled to the relief sought.  Accordingly, the stay of the trial court's order of August 29, 2008, is hereby ordered LIFTED and the petition for writ of mandamus is  DENIED.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Memorandum Opinion delivered and
filed this 8th day of October, 2008.